**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **T.N. Incorporation, LTD,**<br>                  **Plaintiff,**<br><br>                  **v.**<br><br>**FIDELITY INFORMATION SERVICES;**<br>**FIDELITY NATIONAL INFORMATION**<br>**SERVICES (NETHERLANDS) B.V.;**<br>**FIDELITY INFORMATION SERVICES**<br>**(THAILAND) LTD,**<br>                  **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  18-5552** |

**O R D E R**

**AND NOW**, this 19th day of August, 2020, upon consideration of T.N. Incorporation,

LTD's Motion to Dismiss (ECF No. 62), Fidelity Information Services, Fidelity National

Information Services (Netherlands) B.V., and Fidelity Information Services (Thailand) Ltd.'s

Response in Opposition (ECF No. 65), and T.N. Incorporation's Reply in Support (ECF No. 66),

**IT IS ORDERED** that T.N. Incorporation's motion is **DENIED**.

                                        **BY THE COURT:**


                                        **/s/Wendy Beetlestone, J.**
                                        _____
                                        **WENDY BEETLESTONE, J.**