IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.N. INCORPORATION, LTD, <br> Plaintiff, <br><br> v. <br><br> FIDELITY NATIONAL INFORMATION SERVICES, INC., FIDELITY NATIONAL INFORMATION SERVICES, (NETHERLANDS) B.V., FIDELITY INFORMATION SERVICES (THAILAND) LTD., AND FIDELITY INFORMATION SERVICES, LLC, <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 18-5552 |

# ORDER

**AND NOW** this 17th day of December 2021, it is hereby **ORDERED** that:

1. Upon consideration of TNI's Motion to Strike the Expert Report and Testimony of Somchai Ratanachueskul (ECF No. 131), FIS's Response thereto (ECF No. 164), and TNI's Reply (ECF No. 185), said Motion is **GRANTED.**

2. Upon consideration of FIS's Motion to Exclude Expert Opinions and Testimony of Rachod Intraha (ECF No. 125), TNI's Response thereto (ECF No. 167), and FIS's Reply (ECF No. 190), said Motion is **GRANTED**.

3. Upon consideration of FIS's motion to Exclude the Untimely Declaration of Rachod Intraha in Support of TNI's Response to FIS's Motion for Partial Summary Judgment (ECF No. 198), TNI's Response thereto (ECF No. 209), and FIS's Reply (ECF No. 211), said Motion is **GRANTED**.

4. Upon consideration of TNI's Motion to Exclude the Expert Report and Testimony of Michele M. Riley Pursuant to F.R.E. 702 (ECF No. 133), FIS's Response thereto (ECF No. 165), and TNI's Reply (ECF No. 187), said Motion is **DENIED**.

5. Upon consideration of FIS's Motion to Exclude Expert Opinions and Testimony of Monty Myers (ECF No. 127), TNI's Response thereto (ECF No. 168), and FIS's Reply (ECF No. 191), said Motion is **DENIED**, except that Myers will not be permitted to testify about the admissibility of the opinions of Jeffrey Walton.

6. Upon consideration of TNI's Motion to Strike the Expert Report and Testimony of Michael J. Lasinski, or in the Alternative, to Exclude Pursuant to F.R.E. 702 (ECF No. 132), FIS's Response thereto (ECF No. 163), and TNI's Reply (ECF No. 188), said Motion is **DENIED**.

7. Upon consideration of TNI's Motion to Strike the Expert Report and Testimony of Jeffrey Walton, or in the Alternative, to Exclude Pursuant to F.R.E. 702 (ECF No. 135), FIS's Response thereto (ECF No. 166), and TNI's Reply (ECF No. 189), said Motion is **DENIED**.

        **BY THE COURT:**

        /s/Wendy Beetlestone, J.

        **WENDY BEETLESTONE, J.**