IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.N. INCORPORATION, LTD, <br> Plaintiff, <br><br> v. <br><br> FIDELITY NATIONAL INFORMATION SERVICES, INC., FIDELITY NATIONAL INFORMATION SERVICES, (NETHERLANDS) B.V., FIDELITY INFORMATION SERVICES (THAILAND) LTD., AND FIDELITY INFORMATION SERVICES, LLC, <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 18-5552 |

## ORDER

**AND NOW** this 29th day of March 2022, it is hereby **ORDERED** that:

1. Upon consideration of FIS's Motion for Partial Summary Judgment (ECF No. 129), TNI's Response thereto (ECF No. 175), and FIS's Reply (ECF No. 196), said Motion is **DENIED.**

2. Upon consideration of TNI's Motion for Partial Summary Judgment (ECF No. 134), FIS's Response thereto (ECF No. 173), and TNI's Reply (ECF No. 200), said Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**